1  Stuart W. Price (SBN: 125918)
   Stacey L. Herter (SBN: 185366)
2  **BRYAN CAVE LLP**
   3161 Michelson Drive, Suite 1500
3  Irvine, California 92612-4414
   Telephone: (949) 223-7000
4  Facsimile: (949) 223-7100

5  Attorneys for Defendants
6  RECONTRUST COMPANY, N.A. and
   COUNTRYWIDE HOME LOANS, INC.

7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GABINO AGUILAR and CELIA HUERTERO DE AGUILAR, | Case No. SACV08-1217 R (MANx) |
| Plaintiffs, | **ENTRY OF JUDGMENT OF DISMISSAL** |
| vs. | |
| RECONTRUST COMPANY; COUNTRYWIDE HOME LOANS, INC., and DOES 1-50, inclusive, | |
| Defendants. | |

IR01DOCS417910.1

PROPOSED ENTRY OF JUDGMENT OF DISMISSAL

Having reviewed the Court's docket and the papers on file in the above-captioned matter, the Court finds the following:

1. On September 30, 2008, Plaintiffs Gabino Aguilar and Celia Huertero De Aguilar ("Plaintiffs") filed the instant action against Defendants ReconTrust Company, N.A. and Countrywide Home Loans, Inc. (collectively "Defendants")

2. On October 30, 2008, Defendants timely removed the action from the Superior Court for the County of Orange to this Court.

3. On November 6, 2008, Defendants filed a motion to dismiss each of the causes of action asserted in Plaintiffs' Complaint based on the uncertainty of the claims and Plaintiff's failure to state a valid cause of action.

4. The motion to dismiss was decided on December 11, 2008. The Court granted Defendants' unopposed motion to dismiss with leave to amend. The Court's order provided that Plaintiff was required to file an amended complaint by January 12, 2009.

5. Plaintiffs failed to file an amended complaint by January 12, 2009.

6. On February 23, 2009, the Court held an Order to Show Cause Re: Dismissal and/or Sanctions for Failure to Appear at the Scheduling Conference ("OSC").

7. Plaintiffs failed to appear at the OSC.

Accordingly, for the reasons set forth above, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

That this action is hereby dismissed, without prejudice.

Dated: September 22, 2009

Hon. Manuel L. Real,
District Court Judge
United States District Court
Central District of California

IR01DOCS417910.1

1

PROPOSED ENTRY OF JUDGMENT OF DISMISSAL